AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 2:20-mj-533 |
| | ) | |
| Tyler Ball | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 8, 2020 _____ in the county of _____ Athens _____ in the

_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §641 | Theft of Government property |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ Ivan R. Casilli

_____
*Complainant's signature*

Ivan R. Casilli, Special Agent U.S. Forest Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/05/2020 _____

_____
*Judge's signature*

City and state: _____ Columbus, Ohio _____

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*



MJH

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Ivan R. Casilli, a Special Agent (SA) of the United States Forest Service, Law Enforcement and Investigations, depose and state:

## Introduction and Agent Background

1.         I make this affidavit in support of an application for a criminal complaint and arrest warrant under Rule 41 of the Federal Rules of Criminal Procedure, charging Tyler Ball (Ball) with knowingly and willfully violating 18 U.S.C. §641 (Theft or Conversion of Public Money, Property or Records).

2.         I have been a Federal Law Enforcement Officer for almost 19 years. Currently I'm a Special Agent with the Forest Service (FS) investigating crimes and violations that occur on or affect the National Forests.  Prior to the FS, I was a Special Agent for the Department of the Treasury Office of Inspector General for approximately five years, a FS Senior Special Agent for approximately five years, a Drug Enforcement Administration (DEA) Agent for approximately five years, a Secret Service Agent for two years and a Border Patrol Agent for two years.  During this time, I've conducted many investigations and made many arrests and executed many search and arrest warrants for various crimes.  I am also a Certified Fraud Examiner (CFE).

3.         I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement officers and other individuals.  Because this affidavit is being submitted for the limited purpose of a criminal complaint and arrest

1

warrant, it does not include all the facts that I have learned during the course of this investigation, only facts necessary to establish probable cause.

4.        Based on my training, experience, and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §641 (Theft or Conversion of Public Money, Property or Records), have been committed by Ball and others known and unknown to the government,

## Probable Cause for Arrest Warrant

5.        On April 8, 2020, at approximately 12:35AM, two sections of a fence that surrounds a parking and storage area at the Wayne National Forest Headquarters, in Nelsonville, OH, were cut, allowing access to where the FS parks vehicles, trailers, and other government property. Three FS vehicles (number 9475, 2013 Ford F-450; Number 3897, 2017 Dodge Ram 2500; and number 8110, 2018 Dodge Ram 1500) were damaged and had vehicle parts stolen off of the vehicles. In particular, catalytic converters and other exhaust and emissions parts were cut and stolen from the 2017 Dodge Ram 2500 and 2018 Dodge Ram 1500. Additionally, drivetrain components were also damaged on the 2018 Dodge Ram 1500, and the 2013 Ford F-450 sustained damage to the exhaust pipes near its catalytic converter. A FS toolbox sitting outside the fence was also stolen at the same time.

6.        The FS has had to spend $3,018.25 to repair the damage caused and replace the parts stolen off the Dodge Ram 2500, $1,893.20 to repair the damage caused and replace the parts stolen off the Dodge Ram 1500, and $610.29 to repair the Ford F-

2

450. The FS has also received an estimate of $3,626.13 to repair the damage the break-in caused to the fence. The stolen toolbox was worth approximately $50.00. Total losses for the toolbox and the parts that were stolen from the vehicles, as well as the damage caused to FS property by these crimes is approximately $9,147.87.

7.            A review of two separate exterior video surveillance images of the fenced area showed that on April 8, 2020, at approximately 12:32AM, a white minivan entered a parking lot adjacent to the fenced area and backed into a parking space. At approximately 12:34AM, one person exited the driver's side of the vehicle. At approximately 12:35AM, subject one, previously identified in the investigation as Jason Cunningham, is seen cutting and entering the fenced area. At approximately 12:41AM, subject two, believed to be positively identified as the defendant, Ball, also known as "Q-Ball" or "T-Ball," whom SA Casilli was able to identify as a result of obtaining further information, entered the parking area through the hole cut in the fence. At approximately 12:43AM, subject three entered the parking area through the hole cut in the fence. From the time these persons entered the fenced area, they were seen near the damaged vehicles and out of view on the video on the ground under the damaged vehicles. At approximately 12:54AM, all three subjects were seen leaving the fenced area.

8.            On June 23, 2020, SA Casilli interviewed a cooperating witness (CW) who identified Ball and Cunningham from photos showed by SA Casilli. The CW said Cunningham came to his house, then met and left with Ball. They came back together to

3

his house with a cut tailpipe and catalytic converter and put the items in a garage out back.

9.        On July 30, 2020, Cunningham was interviewed by me and another law enforcement officer. He was advised of his Miranda Rights, acknowledged that he understood those rights, and voluntarily waived them, providing oral statements to law enforcement. Cunningham identified Ball and the CW from photos showed to him by SA Casilli.

10.       During a previous interview with Cunningham, he told SA Casilli he met "Q-Ball" at "Casey's," a drug house, and drove him to the Wayne National Forest lot to break in to the lot and cut off and steal catalytic converters off of FS vehicles. He also said he saw the toolbox and catalytic converters being placed inside his/Cunningham's vehicle that he drove.

11.       During the most recent interview with Cunningham, he said he met Ball at the CW's house and Ball went with him to the Wayne (National Forest) to cut converters and came back with him to CW's house after they were done. He said Ball left the CW's house with one of the converters and another was put in the garage, as described in paragraph eight.

## Conclusion

12.       I submit that this affidavit supports probable cause for an arrest warrant and complaint charging Ball with violations of 18 U.S.C. §641 (Theft or Conversion of Public Money, Property or Records).

Respectfully submitted,

/s/ Ivan R. Casilli

Ivan R, Casilli
U.S. Forest Service Special Agent

Subscribed and sworn to before me
on August 5, 2020

Honorable Elizabeth A. Preston Deavers
United States Magistrate Judge

5

