AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Tyler Ball | ) Case No. 2:20-mj-533 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyler Ball,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 641 - Theft of Government Property

Date: 08/05/2020

*Issuing officer's signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-5-20, and the person was arrested on *(date)* 8/6/20
at *(city and state)* Nelsonville, OH

Date: 8/6/20

*Arresting officer's signature*

Ivan Castillo, Special Agent
*Printed name and title*